Judge Leighton

FILED ____ LODGED
RECEIVED
DEC - 1 2006
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | NO. CR06-5505RBL |
| v. | PRELIMINARY ORDER OF FORFEITURE |
| JOHN RODGER JOHNSON II, | |
| Defendant. | |

Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, and based upon the guilty plea of JOHN RODGER JOHNSON II, to Count One of the Information, to charges of Possession of Goods Stolen from Interstate Shipment, in violation of Title 18, United States Code, Section 659, and upon the terms of the Plea Agreement filed in this matter between JOHN RODGER JOHNSON II and the United States, it is hereby

ORDERED, ADJUDGED and DECREED that pursuant to Title 18, United States Code, Section 982(a)(1)(C), and Title 28, United States Code, Section 2461, JOHN RODGER JOHNSON II's interest in the following property is hereby forfeited to the United States of America:

 a. A money judgment in the amount of $1,000.00 for the amount of gross proceeds realized from the commission of the offense that Defendant obtained, directly or indirectly, as a result of such offense.

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(3), Federal Rules of Criminal Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included

PRELIMINARY ORDER OF
FORFEITURE/JOHNSON II - 1
CR06-5505RBL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

in the judgment. This Order shall become the Final Order of Forfeiture at the time of sentencing as provided by Rule 32.2(c)(1) and (2), Federal Rules of Criminal Procedure.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e), Federal Rules of Criminal Procedure.

The Clerk of the Court is directed to send a copy of this Preliminary Order of Forfeiture to all counsel of record and three (3) "raised sealed" certified copies to the United States Attorney's Office in Seattle, Washington.

DATED this ___1___ day of _____December_____, 2006.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

_____
MATTHEW H. THOMAS
Assistant United States Attorney

_____
RICHARD E. COHEN
Assistant United States Attorney

_____
JEFFREY P. MACNICHOLS
Attorney for Defendant

_____
JOHN RODGER JOHNSON II
Defendant

PRELIMINARY ORDER OF
FORFEITURE/JOHNSON II - 2
CR06-5505RBL